MAY 11, 2000

No. 99–9483 (99A929). MCBRIDE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 15, 2000

No. 99–1025. BANKBOSTON, N. A. v. SUAREZ ET UX. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

No. 99–437. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS v. MACFARLANE ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to dismiss the case as moot.

No. 99–8528. SIKORA v. BOHN. Ct. App. Neb. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–8548. PATTERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–8983. SALLEE v. UNITED STATES PAROLE COMMISSION. C. A. 4th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.